| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **WEST 41 PROPERTY LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **47-3362651**

**4. Debtor's address**

**Principal place of business**

**440 WEST 41ST**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

**New York**
County

**Mailing address, if different from principal place of business**

**7280 WEST PALMETTO PARK ROAD**
**SUITE 106-N**
**Boca Raton, FL 33433**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor **WEST 41 PROPERTY LLC**                                       Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   __5311__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
|  |  |  |
|  |  |  |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship to you |  |
|---|---|---|---|
| District |  | When | Case number, if known |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor **WEST 41 PROPERTY LLC**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **WEST 41 PROPERTY LLC**    Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 25, 2016**
              MM / DD / YYYY

X **/s/ DAVID GOLDWASSER, MANAGING MEMBER, GC REALTY ADVISORS LLC**        **DAVID GOLDWASSER, MANAGING MEMBER, GC REALTY ADVISORS LLC**
Signature of authorized representative of debtor                            Printed name

Title   **MANAGER**

**18. Signature of attorney**

X **/s/ A. MITCHELL GREENE**           Date **March 25, 2016**
Signature of attorney for debtor            MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 603-6300**    Email address _____

_____
Bar number and State

Debtor  **WEST 41 PROPERTY LLC**                                  Case number (*if known*)
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____    Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **FIRST BRONX LLC** | | | Relationship to you | **AFFILIATE** |
| District | **SDNY** | When | **1/13/14** | Case number, if known | **14-22047** |
| Debtor | **OLLIE ALLEN HOLDING COMPANY, LLC** | | | Relationship to you | **AFFILIATE** |
| District | **SDNY** | When | **2/18/14** | Case number, if known | **14-22204** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                              Chapter 11

**WEST 41 PROPERTY LLC,**                                              Case No.:

Debtor.
---------------------------------------------------------X

# CERTIFICATE OF RESOLUTION

I, the undersigned, **DAVID GOLDWASSER**, as the Managing Member of GC REALTY ADVISORS, LLC, the Manager of **West 41 Property LLC** (the "Company"), do hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

> **RESOLVED,** that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C.

be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 21th day of March, 2016.

       **WEST 41 PROPERTY LLC**
       **By: GC REALTY ADVISORS, LLC AS MANAGER**


       **By:**/s/ David Goldwasser
        **DAVID GOLDWASSER, MANAGING MEMBER**
        **GC REALTY ADVISORS, LLC**

**ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:                                                    Chapter 11

**WEST 41 PROPERTY LLC,**                                 Case No:

                        Debtor.
----------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1007-2

**David Goldwasser**, declares under penalty of perjury as follows:

1. I am the managing member of GC Realty Advisors, LLC, the manager of West 41 Property LLC (the "Debtor"), and am fully familiar with the facts set forth herein.

2. The Debtor owns the real property and improvements located at 440 West 41st Street, New York, New York (the "Property").

3. No pre-petition committee was organized prior to the Order for relief.

4. The Debtor's secured creditors will be listed on Schedule D to be filed.

5. A summary of the Debtor's assets and liabilities will be set forth on the summary of schedules to be filed.

6. The names and addresses of the twenty largest unsecured creditors, is annexed to this affirmation.

7. All suits or proceedings in which the Debtor is named as a party will be listed in the Debtor's Statement of Financial Affairs to be filed.

8. The Debtor's filing was initiated because the Debtor does not have the funds to continue to service its debt obligations. SF IV Bridge I, LP holds a note in the principal amount of $28,000,000 secured by a mortgage against the Property. SF IV Bridge I, LP sent the Debtor a notice of default and interest on the notice began accruing at 24% per annum. Accordingly, the Debtor filed its case so that it can reorganize its obligations and restructure its note with SF IV Bridge I, LP.

9. A 30-day budget is annexed to this affirmation, including projected payroll.

**440 WEST 41 PROPERTY LLC**
**By: GC REALTY ADVISORS, LLC AS MANAGER**


**By: /s/ David Goldwasser**
   **DAVID GOLDWASSER, MANAGING MEMBER**
   **GC REALTY ADVISORS, LLC**

Sworn to before me this
**25th day** of **March, 2016**
/S/Robert M. Sasloff_____
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2018

**440 West 41 Cash Flow project as of 3/24/16**

|  | **April** |
|---|---:|
| INFLOWS | |
| Application Fee | 600 |
| Rent | 68,213 |
| **TOTAL INFLOWS** | **68,813** |
| OUTFLOWS | |
| Administration: | |
| Legal | 1,000 |
| License, filings, permits | 100 |
| Management Fee | 5,000 |
| Merchant account fees | 300 |
| Office supplies & Expenses | 50 |
| Payroll processing | 250 |
| RSA | 0 |
| Tenant Screening | 600 |
| **TOTAL Administration** | **7,300** |
| **Security** | **2,500** |
| **Payroll Gross** | **23,500** |
| Repairs & maintenance: | |
| Apartment repairs & furnishings on turn-over | 2,000 |
| Elevator | 1,500 |
| Plumbing | 1,000 |
| Pest control | 842 |
| Electrical & Mechanical | 500 |
| Supplies | 0 |
| **TOTAL Repairs & maintenance** | **5,842** |
| Taxes & Insurance: | |
| Real Estate Tax | 0 |
| Insurance Incl. Workers Comp | 18,850 |
| **TOTAL Taxes & Insurance** | **18,850** |
| Utilities: | |
| Electric | 15,000 |
| Water & Sewer | 0 |
| Telephone, cable, Internet | 533 |
| **TOTAL Utilities** | **15,533** |
| **General operating expenses** | **71,025** |
| **Net operating income** | **(2,212)** |

Fill in this information to identify the case:

Debtor name: **WEST 41 PROPERTY LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AUTHENTIC ELEVATOR SERVICES, C<br>PO BOX 8253<br>Pelham, NY 10803 | | | | | | $3,340.00 |
| BROADVIEW NETWORKS<br>PO BOX 1191<br>Port Chester, NY 10573 | | | | | | $1,800.00 |
| ELITE GC NY INC.<br>244 FIFTH AVENUE<br>New York, NY 10001 | | | | | | $46,500.00 |
| FOX LINEN SERVICE<br>PO BOX 14<br>Port Jefferson Station, NY 11776 | | | | | | $818.90 |
| GOLDBERG & RIMBERG<br>115 BROADWAY<br>New York, NY 10006 | | | | | | $25,000.00 |
| METROPOLIS GROUP INC.<br>22 CORTLANDT STREET<br>10TH FL.<br>New York, NY 10007 | | | | | | $1,668.00 |
| SF IV BRIDGE I, LP<br>C/O JOSEPH J. TUSO<br>767 5TH AVENUE, 12TH FLOOR<br>New York, NY 10153 | | REAL PROPERTY AND IMPROVEMENTS LOCATED AT 440 WEST 41ST STREET, NEW YORK, NEW YORK. | Disputed | $44,065,778.09 | Unknown | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **WEST 41 PROPERTY LLC**                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TIME WARNER CABLE**<br>**120 EAST 23 STREET**<br>**New York, NY 10010** | | | | | | **$11,000.00** |

# United States Bankruptcy Court
## Southern District of New York

In re  **WEST 41 PROPERTY LLC**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 25, 2016**

**/s/ DAVID GOLDWASSER, MANAGING MEMBER, GC REALTY ADVISORS LLC**
**DAVID GOLDWASSER, MANAGING MEMBER, GC REALTY ADVISORS LLC**/**MANAGER**
Signer/Title

.

ALAN MANN
440 WEST 41ST STREET
10C
NEW YORK, NY 10036


ALINA BESSARABOVA
440 WEST 41ST STREET
3C
NEW YORK, NY 10036


ANITA MICELI
440 WEST 41ST STREET
7A
NEW YORK, NY 10036


AUSRA DULKYTE
440 WEST 41ST STREET
6E
HAMPDEN, MA 01036


AUTHENTIC ELEVATOR SERVICES, C
PO BOX 8253
PELHAM, NY 10803


BROADVIEW NETWORKS
PO BOX 1191
PORT CHESTER, NY 10573


BRUCE SUMPTER
440 WEST 41ST STREET
6K
NEW YORK, NY 10036


CIII ASSET MANAGEMENT
5221 N. O'CONNOR BLVD.
SUITE 600
IRVING, TX 75039


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


CROCETTA DIEGO
440 WEST 41ST STREET
103/104
NEW YORK, NY 10036

CYNTHIA ANDIA HERAS  
440 WEST 41ST STREET  
7F  
NEW YORK, NY 10036  

DEPT. OF HOUSING PRESERVATION  
AND DEVELOPEMNT  
100 GOLD STREET  
NEW YORK, NY 10038  

ELITE GC NY INC.  
244 FIFTH AVENUE  
NEW YORK, NY 10001  

ELVA JANNETE VALLE  
440 WEST 41ST STREET  
5K  
NEW YORK, NY 10036  

EMPIRE PROPERTIES  
440 WEST 41ST STREET  
6A  
NEW YORK, NY 10036  

FOX LINEN SERVICE  
PO BOX 14  
PORT JEFFERSON STATION, NY 11776  

GMS MANAGEMENT  
1120 6TH AVENUE  
NEW YORK, NY 10036  

GOLDBERG & RIMBERG  
115 BROADWAY  
NEW YORK, NY 10006  

GUY CHADASH  
440 WEST 41ST STREET  
3A  
NEW YORK, NY 10036  

INTERNAL REVENUE SERVICE  
PO BOX 7346  
PHILADELPHIA, PA 19114

```
J&C LAMB MANAGEMENT CORP.
4 PARK AVENUE
NEW YORK, NY 10016


JAMES WALSH PROD
440 WEST 41ST STREET
P1, 2, 3, 4
NEW YORK, NY 10036


JESSICA MENJIVAR
440 WEST 41ST STREET
6G
NEW YORK, NY 10036


JING HAN
440 WEST 41ST STREET
8E
NEW YORK, NY 10036


JOSEPH A. SARCINELLA
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022


JUNK SUK YANG
440 WEST 41ST STREET
8J
NEW YORK, NY 10036


LANE EXCLUSIVE
112 EAST 23RD STREET
SUITE 200
NEW YORK, NY 10010


LAWRENCE J. BERGER P.C.
200 MADISON AVENUE
SUITE 1902
NEW YORK, NY 10016


MAHMOUD HASSAN
440 WEST 41ST STREET
12A
NEW YORK, NY 10036
```

```
METROPOLIS GROUP INC.
22 CORTLANDT STREET
10TH FL.
NEW YORK, NY 10007


NAHEED KAZMI
440 WEST 41ST STREET
9K
NEW YORK, NY 10036


NEW YORK STATE DEPT. OF FINANC
ATTN:  BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF BUILDINGS
280 BROADWAY, 3RD FL.
NEW YORK, NY 10007


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
BROOKLYN, NY 11201


NYC OFFICE OF ADMIN. TRIALS
AND HEARINGS
66 JOHN STREET, 10TH FL.
NEW YORK, NY 10038


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


RACINE DEME
440 WEST 41ST STREET
4B
NEW YORK, NY 10036


REMI RACHID TIMERY
440 WEST 41ST STREET
8D
NEW YORK, NY 10036
```

```
SCOTT GERRIS
440 WEST 41ST STREET
8B
NEW YORK, NY 10036


SF IV BRIDGE I, LP
C/O JOSEPH J. TUSO
767 5TH AVENUE, 12TH FLOOR
NEW YORK, NY 10153


STEPHAN EVANS
440 WEST 41ST STREET
4G


STERLING B. PLENERT
440 WEST 41ST STREET
8A
NEW YORK, NY 10036


TERESA MULIJONO
440 WEST 41ST STREET
6A
NEW YORK, NY 10036


TIME WARNER CABLE
120 EAST 23 STREET
NEW YORK, NY 10010


UC IRVINE
249 DRAMA
IRVINE, CA 92697


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007


US MANAGEMENT
440 WEST 41ST STREET
9B
NEW YORK, NY 10036


XAVIER TAMOS
440 WEST 41ST STREET
5J
NEW YORK, NY 10036
```