ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
Fred B. Ringel
*Attorneys for the Debtor and Debtor in Possession*

HEARING DATE AND TIME:
 May 17, 2016 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

WEST 41 PROPERTY LLC,

                    Debtor.
----------------------------------------------------------X

Chapter 11

Case No: 16-22393 (RDD)

DECLARATION OF DAVID GOLDWASSER IN SUPPORT OF THE FACTUAL ALLEGATIONS OF THE DEBTOR'S APPLICATION FOR DEBTOR IN POSSESSION FINANCING FROM STABILIS FUND IV L.P.

DAVID GOLDWASSER, does hereby affirm the following under penalties of perjury:

1.     I am the Manager of GC Realty Advisors LLC who is the Managing Member of West 41 Property LLC (the "Debtor) the Debtor herein. I am authorized to submit this declaration herein to verify specific factual allegations in support of the Debtor's application for a $2,000,000 debtor-in-possession loan from Stabilis Fund IV L.P. As the manager of managing member of the Debtor, my responsibilities include overall managerial responsibility for the Debtor's multi-family residential real property located at 440 West 41st Street, New York, New

{00792063.DOCX;1 } 1

York, (the "Property"). In particular, I am responsible for the financing of the property and was personally involved in sourcing and obtaining the proposed debtor-in-possession loan. I make this declaration based upon personal knowledge and review of the relevant pleadings, except for the statements made herein "on information and belief."

2. I have carefully reviewed the *Motion of Debtor for Interim and Final Financing and Final Authority to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1)AND 364(e), (B) Grant Adequate Protection to Lender and Provide Related Relief Pursuant to 11 U.S.C. §§ 361, 362, 363, AND 364, and (C) Schedule A Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c)* (the "DIP Financing Motion") and hereby verify that the factual allegations set forth in paragraphs 3 through 20, 22 through 27 and 29 through 31 are true and correct to the best of my knowledge information and belief form after reasonable inquiry and if called upon to testify, I would competently testify as to the matters stated therein

3. I hereby verify under penalty of perjury, and in accordance with 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on May ___, 2016

_____
David Goldwasser